Thomas Cook 0265039/16 **RECEIVED**   **FILED**
Name and Prisoner/Booking Number   OCT 01 2018

Fresno County Jail
Place of Confinement

P.O Box 872   OCT 01 2018
Mailing Address   CLERK, U.S. DISTRICT COURT   CLERK, U.S. DISTRICT COURT

Fresno, CA 93712   EASTERN DISTRICT OF CALIFORNIA   EASTERN DISTRICT OF CALIFORNIA
City, State, Zip Code   BY _____ DEPUTY CLERK   BY _____ DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

Thomas P. Cook                      )
(Full Name of Plaintiff)            )
                      Plaintiff,    )
                                    )
                  v.                )  CASE NO. 1:18 CV 1347 LJO EPG
                                    )       (To be supplied by the Clerk)
(1) County of Fresno          ,     )
(Full Name of Defendant)            )
(2) Rick Barclay              ,     )
                                    )  **CIVIL RIGHTS COMPLAINT**
(3) Jeffrey D. Hammel          ,    )  **BY A PRISONER**
                                    )  "Jury Trial Demand"
(4) _____  ,     )  ☒Original Complaint
                  Defendant(s).     )  ☐First Amended Complaint
☐Check if there are additional Defendants and attach page 1-A listing them. ) ☐Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

  ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

  ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

  ☐ Other: _____.

2.  Institution/city where violation occurred: Fresno County Jail, Fresno, Calif .

Revised 3/15/2016                         1

## B. DEFENDANTS

1.  Name of first Defendant: Rick Barclay___. The first Defendant is employed as:
    State-Funded Pro-Se Investigator___ at_____.
    (Position and Title)                                    (Institution)

2.  Name of second Defendant: Jeffrey D. Hammel___. The second Defendant is employed as:
    State-Funded Pro-Se Paralegal___ at_____.
    (Position and Title)                                    (Institution)

3.  Name of third Defendant: The County of Fresno___. The third Defendant is employed as:
    Fresno County Funds "Pro-Se"___ at_____.
    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____at_____.
    (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2.  If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

    a. First prior lawsuit:
       1.  Parties: Thomas Cook___ v. State of California___
       2.  Court and case number: E.D Cal   1:16-CV-00674-LO-SAB___.
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) NO___
       Voluntary Dismissal W/o Prejudice___.

    b. Second prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)___

    c. Third prior lawsuit:
       1.  Parties: _____ v. _____
       2.  Court and case number: _____.
       3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)___

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: Constitutional Right To Self-Representation, Sixth Amendment, Fourteenth Amendment.

2.  **Claim I**.  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

☐ Basic necessities  ☐ Mail  ☒ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: Self-Representation

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Thomas Cook Defendant In Fresno Superior Court Case #F16902049 A Criminal Action. On 12-21-2017 I Filed A Faretta Motion And Was Granted Pro-Se, Status. I Also Petitioned The Court For State Funded Investigative And Paralegal Services These Motions Were Granted. Jeffrey D. Hammel, Paralegal Was Appointed On Jan 25, 2018. Mr. Hammel Was Given An Itemized List of Legal Request. Each Request Was a Debate. Mr. Hammel Refused To Write up Motions, Issues Subpoens, Assist Me In Obtaing Documents, Records, And Impeachment Evidence. As Well As Exculpatory Evidence Brody Materials. Rick Barclay Investigations Was Appointed Feb 15, 2018, To Date Mr. Barclay Has Refused To Investigate Witnesses, Obtain Impeachment Evidence, Records, Documents, Serve Subpoenas As Well As Exculpatory Evidence. Both Defendants Have Hampered All Efforts In My Preparations For Trial, Misled, lied Deprived Me of My Right To Self-Representation. Both Defendants Were, Dishonest About My Rights As A PRO-Se Defendant. Evidence Code And legal Code Concerning My Legal Issues.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Thomas Cook's Constitutional Right To Self-Representation. I Have Been In Jail Since 4-2-2016 My Family Has Had To Pay For Investigative and Paralegal Services That Defendants Received State-Funding To Complete And Have Not.

5.  **Administrative Remedies:**

   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No

   b.  Did you submit a request for administrative relief on Claim I?  ☐ Yes  ☒ No

   c.  Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☒ No

   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This Complaint Concerns Constitution As Well As Civil Rights Violations, U.S. District Court Is proper For Filing.

Page 2.

## D. CAUSE OF ACTION

## CLAIM 1 · ·

ThomasCool

Supporting Facts:

Defendant Will Bear The Consequences Of Conducting His Own Defense. Mr. Barclay And Mr. Hammel Have Both Knowingly And Intellingently Deprived Thomas Cook Of His Constitutional Right To Self-Representation. Defendants Have Both Refused To Perform Their Duties As A State-Funded, Court Appointed Investigator And Paralegal. Mr. Barclay Is A Licensed Private Investigator Who Is Appointed By The Superior Court And Accepts State Funds For The Following Services: Communicate With The District Attorney. Obtain Evidence, locate Witnesses, Interview, Investigate Witnesses, Serve Subpoenas And Provide other Investigative Services. To Date Thomas Cook Has Not Received These Services From Mr. Barclay And After Two And one-half years of Incarceration, And Eight Months of Mr. Barclay's unscrupulous Investigative Service's Thomas Cook Is Not Even Close To Being Prepared. Due To Mr. Barclays Failure's To Assist Thomas Cook, Impeachment And other Exculpatory Evidence May Now Be Lost. Such Evidence Would Assist Thomas Cook In Trial And or Dimissal of All Charges.

Mr. Hammel Was Appointed By The Superior Court And State Funded To Provide Thomas Cook With Paralegal Services. Other Then Writing up And Serving Motions For Him And Mr. Barclay To Receive Funds. Mr. Hammel Impeded Thomas Cook In Efforts To Obtain

Thomas Cook

## D. CAUSE OF ACTION

## CLAIM 1

Page 3.

Brady Materials, File Motions, Issues Subpoenas. Obtain Information on Cal Evidence Code, Penal Code And Other Legal Code Which Thomas Cook Could Use To Plan A Defense Stratage. Mr. Hammel Gave Privileged Information To The District Attorney. Mr. Hammel Refuse To Assist Thomas Cook With Finding Expert Witness. And Mr. Hammel Refused Thomas Cooks Request To File A Motion For The Court To Appoint Advisory Counsel. Mr. Hammel Knowingly And Intellingently Deprived Thomas Cook of His Constitutional Right To Self-Representation.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Due Process. Sixth And Fourteeth Amendments, Color of State Law.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Right To Investicative services

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Thomas Cook Is A Pro-Se Defendant In A Criminal Action. Thomas Cook An Indigent Defendant Has A Constitutional Right To Investigative, And Paralegal Services, Thomas Cook Demonstrated To The Court Such Services were Needed. The Court Appointed Investigator RickBarclay And Paralegal Jeff D. Hammel To Assist Thomas Cook In The Preparation of A Defense. The Defendants Have Outright Refused To Assist Thomas Cook In preparation For Trial. Both Defendants Not only Affirmatively Failed To Provide, Resources. But also Materially Impeded use Of The Minimal Tools For A Defense preparation. Mr. Hammel And Mr. Barclay Have Consciously Denied Thomas Cook A Meaningful Opportunity To Prepare A Defense And Have Knowingly And Willfully Deprived Thomas Cook of All Paralegal And Investicative Services That Thomas Cook Is Entitled To. Defendants Violated Thomas Cooks Right To Due process of Law. Defendant Are Trained And Licensed Professionals under Contract And Have Deprived Thomas Cook Of Constitutional Rights. And Have knowingly And Willingly Prevented Thomas Cook From Obtaining Brady Materials, Evidence.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Defendants Have Accepted State Funding To Perform Court ordered Services Denying Thomas Cook Due Process. Impeachment And Exculpatory Evidence May Be Lost Due To Defendants Negligence.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This Complaint Concerns Constitution As Well As Civil Rights Violations. U.S. District Court I Proper For Filing.

4

Supporting Facts: CLAIM 11

That The People Have Distroyed And until 9-20-2018 The District Attorney of Fresno County Denied Having That Evidence. (A Voice Mail) Which was Removed From A Cell Phone Extraction performed By Fresno police Department In 2016. I Explained To Both Defendants That I Need The Cell phone Records To Be Subponea And I Told Them Both About The Withheld Evidence. The State Improperly "Suppressed" Favorable Evidence (Brady). Defendant Rick Barclay, Investigator IS State-Funded And under Contract To Perform Investigative Services To Date Mr. Barclay Has Refused To Investigate Witnesses obtain Discovery As Well As Impeachment Evidence. Thomas Cook Has Requested Both Defendants To perform Their Duties They Have Not And Have Prevented Thomas Cook From preparing A Defense And Obtaining Evidence. Thomas Cook Has Exhausted All Avenues To Get Defendants To Perform Their Duties Which They Are under Contract And Have Received State Funding. Defendants Have Deprived Thomas Cook of His Constitutional Right TO Dueprocess And Equal Protection. Thomas Cook IS Entitled To All Privileges And Immunities. The Defendants Are Derelict In Their Duties.

## CLAIM III

1.   State the constitutional or other federal civil right that was violated: Fourteenth Amendment Equal Protection of The Law, Color of Law.

2.   **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☒ Access to the court ☐ Medical care

☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation

☐ Excessive force by an officer ☐ Threat to safety ☒ Other: _____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The County of Fresno Has A Legal Obligation To Ensure The Contractors In Their Employment Perform To A Legal And Constitutional Standard. Thomas Cook Understands That Conducting A Criminal Defense Is Not An Easy Task For A Person Untrained In The Law. The Petitioner Thomas Cook Has A Constitutional Right To Be Given A Full And Fair Opportunity To Litigate In State Court. The Defendants Hold A Monopoly on The Pro-Se Program In Fresno County. Thomas Cook Believe This IS With Superior Court And County of Fresno Blessings. Thomas Cook Has Written The Fresno Superior Court Many Times Asking For A Fresno County Superior Court Approved List of Approved Investigators And Paralegals. This Request Has outright Been Refused. As Have Request In Open Court. The Courts Decide Who IS Approved And Who IS Not. My Family Has Looked Into This And The Defendants Are, All There IS. Even Though Other Investigators And Paralegals Have Applied To Provide, Pro-Se Services. No one Has Received Approval. Monopoization is UnConstitutional.

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Fresno County And The Defendant Have Consciously Denied Thomas Cook Equal Protection of The Law. Thomas Cook Has Been Held In Jail Almost 3 years. Defendant Refused To Assist In Defense.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☒ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Claim III?                ☐ Yes  ☒ No
   c.   Did you appeal your request for relief on Claim III to the highest level?       ☐ Yes  ☒ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This Complaint Concerns Constitutional AS well AS Civil Rights Violations. U.S. District IS Proper Filing.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff A Citizen of The United States Is Entitled To All Privileges And Immunities And The Protection Of The Federal Government. Plaintiff Prayer Upon This Court To Investigate The Constitutional Violations. If Plaintiff's Allegations Prove True. Plaintiff Would Request The Court To Order An Audit To Be Conducted On The Pro-Per Entity, As A Whole. Order Defendants To Pay Compensation on To Plaintiff And Plaintiff's Family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9-26-2018__

DATE

_Thomas Cook_

SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.